UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| JENNY LISETTE FLORES, | No. 25-5443 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:85-cv-04544-DMG-AGR Central District of California, Los Angeles |
| v. | |
| KRISTI NOEM; et al., | ORDER |
| Defendants - Appellants. | |

The previous panel has retained jurisdiction of this appeal. Oral argument, if any, will be set in due course.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT